UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:16-CR-208-1H

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | ORDER TO SEAL |
| RONALD KEITH BLACK, ) | |
| ) | |
| Defendant. ) | |

Upon motion of Defendant, it is hereby ORDERED that Docket Entry Number 27 be sealed until such time as the Court determines that the afore-mentioned filing should be unsealed.

This, the 4th day of January 2017.

_____
MALCOLM J. HOWARD
Senior U.S. District Judge